# United States Court of Appeals for the Sixth Circuit

‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒X
‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒

**RECEIVED**
06/24/2024
KELLY L. STEPHENS, Clerk

IAN HUNTER LUCAS,

     Plaintiff-*Petitioner-Appellant*,

       v.           :

                :

THE VANDERBILT UNIVERSITY   :

     Defendant-*Appellee.*    :     Case No. **24-op-5516**

                :

UNITED STATES DISTRICT COURT  :
FOR THE MIDDLE DISTRICT OF    :
TENNESSEE, NASHVILLE

     *Respondent.*

‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒X
‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒ ‒

## EMERGENCY MOTION

    IAN HUNTER LUCAS, appellant, by pro se, moves this court to grant emergency relief in the form of a preliminary injunction order sought by means of the brief by the appellant and or by the appellant petition for a Writ of Mandamus on the District Court's denied TRO until the appeals court can rule on the Injunction for Temporary Relief and alleges to the court as follows:

1.      There is a strong evidentiary compelling likelihood that the appellant will be successful on the merits, and the evidence to be presented in Exhibit A, attached herewith, convincingly establishes the appellant's clear entitlement to relief under the circumstances presented in this case. The exhibit will demonstrate a preponderance of the evidence showing where the defendant's own documentation and allegations do not satisfy the standards necessary for their actions.

2.      The appellant has and will continue to endure and suffer severe irreparable injury in the form of significant and irreparable personal and professional harm if relief is withheld.

3.      The inconvenience to The Vanderbilt University, if the requested relief is granted, would be trivial if the requested relief is granted, being limited to administrative adjustments and minor procedural accommodations.

4.      The public interest would benefit from granting the requested relief, as it will reaffirm the fundamental importance of upholding individuals' rights under the law and ensuring fair and equitable treatment. Giving the requested relief would serve the public interest, as it would underscore the critical necessity of upholding individuals' rights under the law and ensuring they are treated with fairness and equity.

5.     Urgent relief is needed sooner than the court would normally receive

and consider a response, as the immediate enforcement of the disputed action

would result in severe, irreversible harm to the appellant.

THEREFORE, the appellant urges the court to take emergency action

on this motion and to grant the requested relief by no later than the 27th day

of June 2024.

Respectfully Submitted this 24th day of June 2024

By: _____

Ian H. Lucas,
Plaintiff Pro Se
lucasianhunter@outlook.com
221 Charleston Ave
Pleasant View, TN 37146
910-872-3577

*Plaintiff-Appellant Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June 2024, a true and correct copy of the foregoing Emergency Motion for Preliminary Injunction and/or Writ of Mandamus was served via electronic mail

Email: ogc@vanderbilt.edu

*This motion is filed ex parte due to the urgent and immediate nature of the requested relief. The appellant seeks a preliminary injunction order as detailed in the motion, pending the appeal of the District Court's denial of the Temporary Restraining Order (TRO).*

Dated this 24th day of June 2024.

Respectfully submitted,

By:_____

Ian H. Lucas,
Plaintiff Pro Se
lucasianhunter@outlook.com
221 Charleston Ave
Pleasant View, TN 37146
910-872-3577

*Plaintiff-Appellant Pro Se*

# EXHIBIT A

# CASE NO. 24-5516
# EMERGENCY MOTION

No. 24-5516

# In the United States District Court for
# the Middle District of Tennessee

LUCAS V. VANDERBILT UNIVERSITY

IAN HUNTER LUCAS
*Plaintif*

v.

THE VANDERBILT UNIVERSITY
*Defendant*

No. 3:24-cv-00440

**District Judge:** Hon. Waverly D. Crenshaw
**Magistrate Judge:** Hon. Jeffery S. Frensley

## PLAINTIFF EXHIBIT F

Ian H. Lucas
*Plaintiff-Appellant, Pro Se*
221 Charleston Ave
Pleasant View, Tennessee 37146
Telephone: 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
Email: lucasianhunter@outlook.com

EXHIBIT F

Proof of Vanderbilts False and Misleading Statements of defamation and libel slandering to gain community vilification of plaintiff in regard to "covenant school shooting" by claiming and falsely accusing plaintiff of being a nonexistent and not involved and also even claiming that plaintiff was not even "work at Nashville Fire Department"

Plaintiff had an exam via remote protocol every Monday morning at 0800, plaintiff worked the night prior and took his exam Monday morning. Plaintiffs colleague Aaron Read covered for Plaintiff by swapping shifts. Plaintiff was taking his exam when the tragedy occurred, Vanderbilt had made this a personal attack and also vilified, mocked, falsified and disrespected the plaintiffs, there families, and the first responders with an attempt to gain some sort of recognition or heroism for "taken down an enemy [plaintiff]" in an attempt to conjure up more donations, it is beyond belief and simply sickens the plaintiff beyond comprehension.



Shift Trade Working EMS PM  ⇕

**From**  **Through**  **Hours**

18:00    06:00    12

2  6  10  14  18  22  2  6  10  14  18  22

**Account**

**Note**

Lucas, Ian H. working for Read, Aaron L. EMS PM 03/26/2023
Read, Aaron L. working for Lucas, Ian H. EMS AM 03/27/2023

**Cover Person**

Limited to 1 item  ▼  Display All

✕ Read, Aaron L.

**Work Code**

Shift Trade Not Working EMS PM  ⇕

**Note**

↻  Add?  ☑

More details  Cancel  Save

 
PHOTO OF LUCAS ON SHIFT MORNING OF 03/27/2023 STUDYING AT FIRE STATION 06 PRIOR TO ONLINE EXAM AT 0800




USING AMBULANCE WIFI AND LAPTOP STUDY FOR EXAM AS IT WAS MORE QUIET



LOGIN FOR THE EXAM



**EXAM INFORMATION**

or Course:

Pick Your Exam Teacher/Sponsor or Course

Your Exam:

teacher, cours

Pick Your Exam Teacher/Sponsor or Course

NURS 5203-01 Human Exper Health Illness II (2023S)

NURS 5206-01 Pharmacology Nursing Care II (2023S)

NURS 5610-01 Fundamentals Clinical Practice (2023S)

NURS 6010-01 Advanced Pathophysiology (2023S)

NURS 6020-01 Adv Pharmacotherapeutics (2023S)

NURS 6022-01 Adv Physiology Pathophysiolo (2023S)

tion.

© Copyright 2023 PSI Services, LLC | Privacy Statement

**publicsafetyinfo@vanderbilt.edu**
info@vupublicsafety.com

To: You ian.h.lucas.1@vanderbilt.edu

Saturday, October 14, 7:37 PM



**VANDERBILT UNIVERSITY**

Today, October 14, 2023, at 12:06 PM, VUPD received a report that a white Honda Accord had been stolen from Lot 5A. This incident is associated with five vehicles being broken into between Lots 5A, 12A, and Terrace Place. Camera footage revealed that at 5:30 AM a large dark truck pulled into Lot 5A, and the unidentified occupants exited the vehicle and smashed out the windows of vehicles in Lot 5A, Lot 12A, and on Terrace Place. Two of the occupants entered the Honda Accord and were last seen driving toward 20th Avenue. In addition to these reports, VUPD received a report that a Subaru was stolen from Wesley Place Garage on Friday, October 13, 2023.

Police are actively investigating these incidents.

This Security Notice is being issued to remind the Vanderbilt community to:

- Secure any items such as identification, keys, wallet, purse, or other valuables. Do not leave valuables visible in your vehicle.
- Lock your vehicles and ensure your windows are secure.
- Report any suspicious persons to VUPD. Try to describe the person(s) as best you can.

Vanderbilt community members are encouraged to download the VandySafe app to:

- Contact VUPD via phone call or real-time chat.
- Trigger a mobile Bluelight that shares your location instantly

with VUPD.

- Initiate a "Virtual Walkhome" where VUPD can monitor your

CAMPUS SAFETY ANNOUNCEMENT DISTRIBUTED TO ALL STUDENTS, FACULTY AND STAFF
WHEN THE PLAINTIFF EMAILED HIS FACULTY TO INFORM THEM OF THE SITUATION

According to faculty attestations, Defendant Mary Ann Jessee essentially informed the plaintiff's
faculty that he was lying and instructed them not to provide any additional extensions or support.
She emphasized that the plaintiff already receives an "exceeding" amount of accommodations and that his car was not stolen.

POLICE REPORT SHOWING WHERE CAR AND PERSON BELONGINGS I.E. LAPTOP
WAS STOLEN ON 10/13/23 FROM VANDERBILTS CAMPUS

# VANDERBILT UNIVERSITY POLICE DEPARTMENT
## CITIZEN'S INFORMATION NOTICE
2800 Vanderbilt Place Nashville, TN 37212

VUPS Form - 10    CALEA 55.2.3, 55.2.1, 55.2.4    Rev. 04/2019

| Reporting Officer's Name (print) | ID No. 824 |
|---|---|
| M. Clear | Zone 26 |

| Date | Time | ☐ A.M. |
|---|---|---|
| 10/13/23 | 6:00 | ☒ P.M. |

| VUPD Report No. | MNPD Report No. |
|---|---|
| 23-602995 | 23-0610421 |

☒ A report of your incident will be completed. To obtain
a copy of this report, please visit Metro Nashville Police
Records Division in person or contact **MNPD Records
Division at 615-862-7631** at least 3 business days after
completion of this report. A charge per copy is required.
**NOTE: MNPD is the official Agency of Record for all
reports filed by VUPD Officers. Report copies cannot
be obtained from VUPD.**

☐ I was not able to complete a report. Please call
615-322-2745 if a report is required and reference CAD #:

| All police, fire or medical emergencies | 911 |
|---|---|
| VUPD non-emergency | 615-322-2745 |
| MNPD non-emergency | 615-862-8600 |

**MNPD Important Numbers:**

| Vehicle Impound | 615-862-7800 |
|---|---|
| Traffic Section | 615-862-7738 |
| Victim Intervention Program | 615-862-7773 |
| Sexual Assault Center Hotline | 800-879-1999 |
| MNPD Sex Crimes Unit | 615-862-7540 |

**Vanderbilt University Important Numbers:**

| University Counseling Center | 615-322-2571 |
|---|---|
| Employee Assistance Program | 615-936-1327 |
| University Chaplain | 615-322-2457 |

If you have been a victim
constitutional rights. Th
understand what

To preserve and protect the
justice and due process, vi
following basic rights:
- The right to confe
- The right to be fre
  and abuse through
- The right to be pr
  defendant has the
- The right to be he
  stages of the crim
  the General Asser
- The right to be in
  the release, transt
  convicted person
- The right to a spe
  prompt and final
  conviction or sen
- The right to resti
- The right to be in
  established for v

**Procedural Steps Inv**

Criminal prosecution go
accused criminals; and th
(found guilty of a crime)
person's possible appeal
decision. Procedural step
following:
- Probable cause
- Preliminary hea
- Investigation by
- Indictment or pr
- Trial and verdic

For a



## Vanderbilt University Police Department

The Vanderbilt University Police Department is a professional law enforcement agency dedicated to the protection and security of Vanderbilt University and its diverse community.

To fulfill this mission, we will:

- Deliver superior law enforcement services with integrity and pride.
- Respect and safeguard the dignity and rights of all individuals.
- Demonstrate respect toward the people we serve and one another to maintain an environment of trust.
- Develop partnerships with all segments of our community through effective communication and collaboration.
- Carefully select and maintain well-trained, educated and professional staff.
- Accept individual responsibility and accountability for our actions.

Vanderbilt University Police Department is proudly accredited locally, nationally, and internationally.





# Fwd: 5815 course information



**Jessee, Mary Ann**
To You

1:19 PM

...



Hello Ian,

There has been an anonymous allegation that you improperly accessed patient information in the VUMC health record this semester. The course coordinators are investigating this allegation and I have recommended your grade for 5815 Nursing Care of Childbearing Families be changed to an incomplete while the investigation is in process. As the program dean, I wanted you to understand the reason for the grade change if you saw it. You will be contacted as is deemed necessary as the investigation progresses.

Thank you,

MAJ

Mary Ann Jessee, PhD, RN, CNE, ANEF
Professor of Nursing
Assistant Dean for Academics, Generalist Nursing Practice
Vanderbilt University School of Nursing, Room 544
461 21st Avenue South, Nashville, TN 37240
Office (615) 343-1629 I mary.a.jessee@vanderbilt.edu
@majnotmadge
*She, her, hers*
**Strengths:** Relator I Learner I Responsibility I Achiever I Analytical

MARY ANN JESSEE EMAIL TO LUCAS ON DEC 12 2023, WHEN VUPD AND UCC WELLNESS PANEL COMPLETED THERE ASSESSEMENT AND DETERMINED NO CREDIBILITY TO ANY ALLEGATIONS OF THE ANNYMOUS COMPLAINTS AND THAT LUCAS WAS NOT A THREAT TO CAMPUS, COMMUNITY OR PERSONAL SAFETY.

It has since been determined that G.L. BLACK requested JESSEE to falseify the above annymous complaints and to pursue a false investigation with fradulent and wrongful outcomes leading to a academic dismissal that was wrongful against LUCAS.

G.L. BLACK as noted throught multiple evidentary exhibits has emonstrated a history of falseification and fradulent conduct.

# Grade Change Notification

From: Office of the University Registrar

Sent: Dec 16, 2023 12:00 AM

 VANDERBILT UNIVERSITY
Office of the University Registrar

**Grade Change Notification**

Dear Ian,

The Office of the University Registrar has posted an approved change of grade to your academic record for **NURS 5815 01 – Nurs Care Childbearng Families** taken in **2023 Fall**.

You can see the updated grade via the Academic Record application.

If you have any questions about this grade change, please contact your instructor.

Best wishes,
Office of the University Registrar
110 21st Avenue South, Suite 110
615-343-4306
Email: university.registrar@vanderbilt.edu
Web: Office of the University Registrar I Enrollment Bulletin



**VANDERBILT UNIVERSITY**
Office of the University Registrar

**Grade Change Notification**

Dear Ian,

The Office of the University Registrar has posted an approved change of grade to your academic record for **NURS 5825 01 – Nurs Care Adult Complex Illnes** taken in **2023 Fall**.

You can see the updated grade via the Academic Record application.

If you have any questions about this grade change, please contact your instructor.

Best wishes,
Office of the University Registrar
110 21st Avenue South, Suite 110
615-343-4306
Email: university.registrar@vanderbilt.edu
Web: Office of the University Registrar I Enrollment Bulletin

NOTE THAT MARY ANN JESSEE CHANGED COURSE GRADE IN NURS 5825 HOWEVER NO EVIDENCE OR HER "INVESTIGATION" DEMONSTRATED ANY WRONG DOING IN EITHER NURS5815 OR NURS5825

IN FACT: STUDENT DID NOT HAVE ACCESS TO THE MEDICAL RECORDS DUE TO A ADMINISTRATIVE BACKLOG FOR MUCH OF NURS5825

THUS THIS DEMONSTRATES THAT MARY ANN JESSEE ACTIONS ON BEHALF OF VANDERBILT AND G.L. BLACK WERE IN FACT MALICIOUS WITH INTENT TO CAUSE HARM AS THERE WAS NEED FOR LUCAS TO HAVE FAILED 2 COURSES TO WARRANT AND AUTOMATIC DIMSMISSAL.



**Moore, Kerry E**    12:27 PM

To Jessee, Mary Ann, You, Jamerson, Neil E, +1    ...

⊖ PERMISSIONS - Restricted

You don't often get email from kerry.e.moore@vumc.org. Learn why this is important

Hi Mary Ann & Ian – since these documents were placed in a shred bin there is no breach.  Thank you for reaching out to the Privacy Office.



Kerry

Kerry E. Moore, MHIIM, RHIA
Program Manager, Privacy Office
Vanderbilt University Medical Center Privacy.Office@VUMC.org |
Phone 615.936.3594  | fax 615.343.6966 | Kerry.e.moore@vumc.org

● ● ●

---

VANDERBILT UNIVERSITY PRIVACY OFFICE STATING THERE WAS NO BREACH IN PRIVACY

THUS ALL ARGUMENTS BY VANDERBILT UNIVERSITY FOR THE ACADEMIC DISMISSAL FAIL ON THERE FACE

**From:** Newsom, Joel D <joel.d.newsom@Vanderbilt.Edu>
**Sent:** Thursday, December 7, 2023 1:03:39 PM
**To:** Sutton, Tommye S <tommye.s.sutton@Vanderbilt.Edu>
**Cc:** Conwell, Patrick S <p.conwell@vanderbilt.edu>; King, Angela T <angela.t.king@Vanderbilt.Edu>
**Subject:** Ian Lucas update

Good afternoon.

ATF Agent Doris notified me this morning that they've found that Ian Lucas purchased a firearm in Clarksville, TN in May of this year. He neglected to mention that when Dr. Porter asked him specifically about his access to guns during our interview. I have reached out to Mr. Lucas about sitting for another interview. We will be meeting at 2800 Vanderbilt Place tomorrow at 2pm to go over this information as well as the classmates' assertions regarding his carrying of weapons. He is unavailable before then due to hosting a study group today for their final that will be given tomorrow 8am-1pm.

**Detective Joel D. Newsom**
Lieutenant – Criminal Investigations Unit
Vanderbilt University Police Department
111 28th Avenue South Nashville, TN 37212
Email: joel.d.newsom@vanderbilt.edu
Phone: (615) 322-2745

From: Newsom, Joel D <joel.d.newsom@Vanderbilt.Edu>
Sent: Friday, December 8, 2023 2:28:22 PM
To: Sutton, Tommye S <tommye.s.sutton@Vanderbilt.Edu>
Cc: Conwell, Patrick S <p.conwell@vanderbilt.edu>; King, Angela T <angela.t.king@Vanderbilt.Edu>
Subject: Ian Lucas update

Good afternoon, Chief.

Ian Lucas just called me on the phone and had his attorney, Adrian Bohnenberger, on the call. Mr. Bohnenberger asked me why multiple police interviews were being requested. I explained that the university had received two anonymous complaints about Mr. Lucas making statements that made the complainant unsafe. Mr. Bohnenberger asked what specifically was said in the complaint and I replied that I had gone over those statements with Mr. Lucas on Monday. I then explained that since Monday I had been following up with Mr. Lucas's classmates. Some of the classmates had supplied information saying that he had made statements of carrying a weapon to their IPE Clinicals. I also said the purpose of today's interview was to ask Mr. Lucas face-to-face about the nature of the IPE Clinicals and where they were located. Mr. Lucas verified that the clinicals are at Madison Towers, an off-campus location in a high-crime area where he does not feel safe going, but he has never carried his firearm to that location. I then asked, "So you do own a firearm?" Mr. Lucas and Mr. Bohnenberger both chimed in and said that he is a registered owner of a Glock handgun. Mr. Lucas stated that he has it for home protection and that he has never carried outside of his home even though he has a valid carry permit (that is not required in the State of Tennessee).

I then told Mr. Lucas that was all that I was wanting to talk about. Mr. Lucas then asked if we still needed to meet at 2. I said no and that he answered the questions I needed answers to. Mr. Bohnenberger asked if there had been anything criminal in nature found and I said no. I also explained that this had been communicated to other departments within the university by our department's administration. I was then asked about the campus ban. I stated that the campus ban was placed by the Dean of Students office and was not something controlled by our department.

**Detective Joel D. Newsom**
Lieutenant – Criminal Investigations Unit
Vanderbilt University Police Department
111 28th Avenue South Nashville, TN 37212
Email: joel.d.newsom@vanderbilt.edu
Phone: (615) 322-2745

**From:** Newsom, Joel D <joel.d.newsom@Vanderbilt.Edu>
**Sent:** Thursday, December 7, 2023 1:03:39 PM
**To:** Sutton, Tommye S <tommye.s.sutton@Vanderbilt.Edu>
**Cc:** Conwell, Patrick S <p.conwell@vanderbilt.edu>; King, Angela T <angela.t.king@Vanderbilt.Edu>
**Subject:** Ian Lucas update

Good afternoon.

ATF Agent Doris notified me this morning that they've found that Ian Lucas purchased a firearm in Clarksville, TN in May of this year. He neglected to mention that when Dr. Porter asked him specifically about his access to guns during our interview. I have reached out to Mr. Lucas about sitting for another interview. We will be meeting at 2800 Vanderbilt Place tomorrow at 2pm to go over this information as well as the classmates' assertions regarding his carrying of weapons. He is unavailable before then due to hosting a study group today for their final that will be given tomorrow 8am-1pm.

**Detective Joel D. Newsom**
Lieutenant – Criminal Investigations Unit
Vanderbilt University Police Department
111 28th Avenue South Nashville, TN 37212
Email: joel.d.newsom@vanderbilt.edu
Phone: (615) 322-2745

Porter:     What about your access to weapons?

Lucas:      My access to weapons?

Porter:     Uh-huh.

Lucas:      Do I - I have access to weapons, but not like in my house or anything, no.

Porter:     Not in your house? Where's the access at?