IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

**IAN HUNTER LUCAS,**

    *Appellant,*

v.

**VANDERBILT UNIVERSITY,**

    *Appellee.*

Case No. 24-5516

RECEIVED
8/2/2024
KELLY L. STEPHENS, Clerk

## MOTION WITHDRAWING APPEAL

**PARTIES**

This Motion Withdrawing Appeal is submitted by Ian Hunter Lucas ("Appellant"), against Vanderbilt University ("Appellee"), within the jurisdiction of the Sixth Circuit Court of Appeal. Herein, the Appellant and the Appellee shall collectively be referred to as the "Parties".

**JURISDICTION**

This Motion Withdrawing Appeal is filed under the jurisdiction of the Sixth Circuit Court of Appeal. The Court has jurisdiction over this matter pursuant to the applicable laws and statutes governing appeals within its circuit. The Parties involved in this Motion, namely the Appellant, Ian Hunter Lucas, and the Appellee, Vanderbilt University, expressly acknowledge and submit to the jurisdiction of the Sixth Circuit Court of Appeal for the resolution of this matter.

**THE PROPOSED WITHDRAWN APPEAL**

This Motion Withdrawing Appeal is submitted to the Sixth Circuit Court of Appeal, acknowledging the voluntary withdrawal of the appeal previously filed by the Appellant, Ian Hunter Lucas, against the Appellee, Vanderbilt University. This withdrawal is made with full understanding of its implications and without any coercion or undue influence from any party.

By withdrawing this appeal, the Appellant acknowledges that the decision from the lower court stands as final and binding. The Appellant further agrees to bear any costs associated with the filing and subsequent withdrawal of this appeal, unless otherwise agreed upon by the Parties in writing.

The Parties agree that this withdrawal does not preclude the Appellant from seeking future legal remedies in matters not directly related to the case subject of this appeal.

All communications and notices related to this Motion Withdrawing Appeal shall be directed to the registered addresses of the Parties or as otherwise agreed upon in writing.

**VOLUNTARY WITHDRAWAL**

Pursuant to the rules and regulations of the Sixth Circuit Court of Appeal, the Appellant, Ian Hunter Lucas, hereby voluntarily withdraws the Motion Withdrawing Appeal previously filed against the Appellee, Vanderbilt University. This withdrawal is made of the Appellant's own volition and without any coercion or undue influence from any party.

By withdrawing this Motion, the Appellant acknowledges that the appeal will not proceed to judgment or resolution by the Sixth Circuit Court of Appeal, and any rights to contest the decision from which the appeal was made are hereby relinquished, unless otherwise provided by law or agreed upon by the Parties in writing.

The Parties agree that this withdrawal shall not be construed as an admission of liability, wrongdoing, or defeat by either Party. Both Parties reserve the right to pursue or refrain from future legal actions in relation to the matter previously under appeal, subject to the limitations of the law.

This withdrawal is effective upon the filing of this document with the Sixth Circuit Court of Appeal, and a copy of this filed document shall be provided to both Parties.

**DISMISSAL**

Pursuant to the relevant rules and regulations of the Sixth Circuit Court of Appeal, the Appellant, Ian Hunter Lucas, hereby voluntarily withdraws the Motion Withdrawing Appeal previously filed against the Appellee, Vanderbilt University. This action is taken with full understanding of its implications and without any coercion or undue influence from any party.

By this dismissal, the Appellant relinquishes all claims and rights asserted under the Motion Withdrawing Appeal against the Appellee. This dismissal is final and serves as a complete resolution of the matter between the Parties as it pertains to the issues raised in the Motion Withdrawing Appeal. The Appellant and Appellee

bear their own costs and fees incurred in connection with this Motion Withdrawing Appeal, unless otherwise agreed upon in writing by both Parties.

The Parties request that the Sixth Circuit Court of Appeal enter an order acknowledging the dismissal of the Motion Withdrawing Appeal and closing this matter on its docket.

**COSTS AND FEES**

Upon the filing of the Motion Withdrawing Appeal by the Appellant, all costs and fees incurred in relation to this motion and the underlying appeal process shall be borne by the Appellant, unless otherwise agreed upon by the Parties in writing or as directed by the Sixth Circuit Court of Appeal. This includes, but is not limited to, court fees, attorney fees, and any other expenses directly related to the withdrawal of the appeal and the appeal itself.

Should the Sixth Circuit Court of Appeal issue any orders regarding the allocation of costs and fees different from this arrangement, such orders will take precedence, and the Parties agree to comply fully with the court's directives.

The Appellant shall provide the Appellee and the court with a detailed statement of all such costs and fees within thirty (30) days of the filing of this Motion Withdrawing Appeal, unless a different timeline is established by the court.

**BINDING EFFECT**

This Motion Withdrawing Appeal, including all terms and conditions herein, shall be binding upon and inure to the benefit of the Parties hereto and their

respective successors, assigns, heirs, executors, administrators, and legal representatives. No party may assign any of its rights or delegate any of its obligations under this Motion without the prior written consent of the other party. Any attempt to do so in violation of this section shall be null and void.

**COUNTERPARTS**

This Motion Withdrawing Appeal may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. A signed copy of this Motion Withdrawing Appeal delivered by facsimile, email, or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this Motion Withdrawing Appeal.

**PROCEDURE**

This memorandum addresses the procedure for withdrawing and closing an appeal case in the Sixth Circuit when the original proceeding has been closed. The analysis will cover the requirements for filing a motion to withdraw an appeal and the court's discretion in handling such appeals.

**STATEMENT OF FACTS**

The original proceeding has been closed, and there is a need to notify the Court of Appeals to withdraw and close the related appellate case.

**LEGAL STANDARDS/RULES**

1. **Requirements for Filing a Motion to Withdraw an Appeal:**
    - A stipulation withdrawing an appeal or proceeding must be filed with the court prior to the calendar date. If no stipulation is filed, an

- appellant may move for permission to withdraw the appeal or proceeding before the calendar date. § 670.2 Settlement or withdrawal of motion, appeal or proceeding; notice of change in circumstances.
    - The attorney must submit five copies (one signed) of the motion, identifying any points considered as the basis for appeal. Additionally, five copies of a brief, often called an Anders brief, must be filed in support of the motion, discussing potential issues on appeal and explaining why those issues would fail. § 23.09 Motion Practice & Special Motions, State v. Gomez, *2015 UT App 283, Commonwealth v. Finneran, 2022 Pa. Super. Unpub. LEXIS 2668.*
    - Any counsel who does not intend to continue representing a client on appeal should file a motion to withdraw his or her appearance in the lower court as soon as practicable United States v. Flowers, *789 F.2d 569, In re Aranda, 789 F.3d 48.* After an appeal has been docketed in an appellate court, the motion to withdraw appearance of counsel shall be filed with the appellate court, including a certificate of service in compliance with Rule 13 § 16.36 Docketing the Appeal.

2. **Court's Discretion in Handling Appeals:**
    - The district court or appellate panel has discretion to remand all proceedings, terminating the initial appeal. The appeal should be terminated only if the appellant has clearly stated an intention to

abandon the appeal. ¶ 8008.06 Bankruptcy Court May Decide Motion If District Court or Appellate Panel Remands for That Purpose.

- o Appeals can be dismissed without prejudice as a docket control device, with the option to reinstate the appeal within a specified period after the conclusion of related proceedings. <u>EAGLE LOCK CORPORATION, Appellant, v. GENERAL SERVICES ADMINISTRATION</u>, Respondent.

- o The docket shall be closed upon expiration of the appeal time or upon disposition by the appellate court if the case is appealed. In re: Application for amendment of Certificates Nos. 340-W and 297-S in Pasco County by Mad Hatter Utility, Inc.

**ANALYSIS**

To withdraw and close the appeal case in the Sixth Circuit, the following steps should be taken:

1. **Filing a Motion to Withdraw:**
   - o A stipulation to withdraw the appeal should be filed with the court before the calendar date. If this is not possible, a motion for permission to withdraw the appeal must be filed. § 670.2 Settlement or withdrawal of motion, appeal or proceeding; notice of change in circumstances.

2. **Court's Discretion:**
   - o The court has the discretion to remand all proceedings and terminate the initial appeal if the appellant has clearly stated an intention to abandon the appeal. ¶ 8008.06 Bankruptcy Court May Decide Motion If District Court or Appellate Panel Remands for That Purpose.

- o  The appeal can be dismissed without prejudice, with the option to reinstate within a specified period after the conclusion of related proceedings. EAGLE LOCK CORPORATION, Appellant, v. GENERAL SERVICES ADMINISTRATION, Respondent.
- o  The docket will be closed upon expiration of the appeal time or upon disposition by the appellate court if the case is appealed. In re: Application for amendment of Certificates Nos. 340-W and 297-S in Pasco County by Mad Hatter Utility, Inc.

**CONCLUSION**

To withdraw and close the appeal case in the Sixth Circuit, a motion to withdraw must be filed, including the necessary documentation and compliance with procedural rules. The court has the discretion to terminate the appeal if the appellant intends to abandon it, and the docket will be closed upon the expiration of the appeal time or disposition by the appellate court.

**SIGNATURES**

This Motion Withdrawing Appeal shall not be deemed filed until signed by Ian Hunter Lucas or his duly authorized representative. The signature may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Electronic signatures shall be considered as valid and binding as original signatures for the purposes of this Motion and all related proceedings.

The Appellant, Ian Hunter Lucas, shall sign this Motion as the sole signatory, and a copy of this Motion shall be filed with the Sixth Circuit Court of Appeal along with proof of service on all Parties. =

Respectfully submitted,

_____

**IAN H. LUCAS**

Appellant Pro Se

Date: August 2nd, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of August, 2024, I served a true and correct copy of the foregoing Motion Withdrawing Appeal by electronic filling upon the following parties:

**Vanderbilt University**

Office of the General Counsel

2100 West End Avenue, Suite 750

Nashville, TN 37203-1725

Attn: Office of the General Counsel

Additionally, a copy of this Motion has been filed with the:

**Clerk of the Sixth Circuit Court of Appeal.**

_____

**IAN H. LUCAS**

Appellant Pro Se

Date: August 2nd, 2024