United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 09/09/2024.

**Case Name:**   In re: Ian Lucas
**Case Number:**   24-5516

**Docket Text:**
ORDER filed : The petition [7174631-2] [7185026-2] is DISMISSED AS MOOT and the motions [7185032-2] [7185052-2] [7205966-2] [7186782-2] [7188114-2] [7220670-2] are DENIED AS MOOT. No mandate to issue. Eugene E. Siler, Jr., Circuit Judge; Raymond M. Kethledge, Circuit Judge and Eric E. Murphy, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Ian Hunter Lucas
221 Charleston Avenue
Pleasant View, TN 37146

**A copy of this notice will be issued to:**

Ms. Lynda M. Hill