No.  24-5516

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Sep 9, 2024
KELLY L. STEPHENS, Clerk

In re:  IAN HUNTER LUCAS,

Petitioner.

Before: SILER, KETHLEDGE, and MURPHY, Circuit Judges.

# JUDGMENT

On Petition for a Writ of Mandamus.
United States District Court for the Middle District of Tennessee at Nashville.

THIS MATTER was heard on the record and the pleadings without oral argument.  In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is DISMISSED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk