**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 28, 2025

Mr. Ian Hunter Lucas
221 Charleston Avenue
Pleasant View, TN 37146

Re: Case No. 24-5516, *In re: Ian Lucas*
Originating Case No. : 3:24-cv-00440

Dear Mr. Lucas,

   This letter serves as a response to your letter dated 05/23/2025. Please be advised the above referenced case is closed. I have enclosed a copy of the docket sheet for your records.

Sincerely,

s/Sharday S.
Case Manager
Direct Dial No. 513-564-7027

Enclosure